IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JONATHAN SIE EARLY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:15-cv-00937-VEH-TMP |
| ) | |
| SCOTT HASSELL, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

On May 6, 2016, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. To date, no objections have been filed by either party. Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be **DISMISSED** as **MOOT**. An order of final judgment will be entered contemporaneously herewith.

**DONE** and **ORDERED** this 24th day of May, 2016.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge